PROB 12C
(6/16)

Report Date: June 21, 2017

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 21, 2017

SEAN F. McAVOY, CLERK

Name of Offender: Robert William Showers     Case Number: 0980 2:13CR00108-RMP-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: October 8, 2015

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Explosives, 18 U.S.C. §§ 842, 844 | |
| Original Sentence: | Prison - 48 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl Allen Hicks | Date Supervision Commenced: January 13, 2017 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: January 12, 2020 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: Mr. Showers violated his conditions of supervised release in Spokane, Washington, by failing to follow the instructions of the supervising probation officer on or about June 21, 2017.<br><br>Mr. Showers' conditions of supervised release were reviewed with him on January 13, 2017. He signed his judgment acknowledging an understanding of his conditions which includes standard condition number 3, as noted above.<br><br>On May 30, 2017, the supervising probation officer received a phone call from staff at Alcohol Drug Education Prevention and Treatment (ADEPT). Staffed advised the undersigned officer that Mr. Showers participated in a chemical dependency assessment on May, 22, 2017, however, staff were invalidating his assessment due to Mr. Showers' dishonesty in reference to alcohol use. Staff further advised that at the time of Mr. Showers' chemical dependency assessment, he had tested positive for alcohol. Staff advised that Mr. Showers would need to report to ADEPT to update his assessment. |

Prob12C
**Re: Showers, Robert William**
**June 21, 2017**
**Page 2**

On May 30, 2017, the undersigned officer contacted Mr. Showers by telephone. He was advised that ADEPT was invalidating his chemical dependency evaluation due to his dishonesty regarding alcohol use. He was instructed by the undersigned officer to report to ADEPT, by June 2, 2017, and meet with ADEPT staff to have his chemical dependency evaluation reassessed. Mr. Showers agreed to do so.

On June 21, 2017, the undersigned officer contacted ADEPT to inquire if Mr. Showers had reported to their agency as instructed by the undersigned officer. Staff informed the undersigned officer that Mr. Showers has not reported to their agency to update his chemical dependency evaluation.

2         **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Supporting Evidence**: Mr. Showers has violated his conditions of supervised release in Spokane, Washington, by failing to notify the undersigned officer of a change in residency, since June 12, 2017.

Mr. Showers' conditions of supervised release were reviewed with him on January 13, 2017. He signed his judgment acknowledging an understanding of his conditions which includes standard condition number 6, as noted above.

On June 12, 2017, the undersigned officer contacted Mr. Showers' aunt, in an attempt to contact Mr. Showers. His aunt informed the undersigned officer that Mr. Showers was not home and had not been home for "a couple of days." The undersigned officer requested if she could have Mr. Showers contact the undersigned officer and she agreed to locate Mr. Showers and give him the message to contact the undersigned officer.

On June 21, 2017, the undersigned officer spoke with Mr. Shower's aunt. She continued to inform the undersigned officer that Mr. Showers' whereabouts are unknown and he has not stayed at the residence for approximately 2 weeks.

Mr. Showers appears to have made himself unavailable for supervision and his whereabouts are currently unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/21/2017

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
**Re: Showers, Robert William**
**June 21, 2017**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

6/21/2017
Date