PROB 12C
(6/16)

Report Date: December 1, 2017

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 04, 2017**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Robert William Showers | Case Number: 0980 2:13CR00108-RMP-1 |

Address of Offender: Spokane County Jail

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: October 8, 2015

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Explosives, 18 U.S.C. §§ 842, 844 | |
| Original Sentence: | Prison - 48 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl Allen Hicks | Date Supervision Commenced: January 13, 2017 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: January 12, 2020 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/21/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On January 13, 2017, Mr. Showers' conditions of supervision were reviewed with him.  He signed his judgment acknowledging an understanding of his conditions of supervision, which includes mandatory condition number 2, as noted above.<br><br>Mr. Showers  violated his conditions of supervised release in Spokane, Washington, for being arrested for second degree assault charges, on November 30, 2017, report number 2017-20232385.<br><br>According to the police report, on November 24, 2017, Spokane police were dispatched to a residence in Spokane, Washington, in reference to an assault.  Mr. Showers approached the victim, demanding him to leave the residence.  A physical fight erupted and Mr. Showers struck the victim multiple times in the face. The victim fell to the ground and Mr. Showers was observed stomping on the victim's face and head with his boot.   The victim was able to stand up, and as he did, Mr. Showers allegedly strangled the victim with both hands.  The police were called and Mr. Showers fled the scene before officers arrived. |

Prob12C
Re: Showers, Robert William
December 1, 2017
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    December 1, 2017

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

12/4/2017

Date